United States District Court
Southern District of Texas
**ENTERED**
June 08, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HUDA ATTAA IBRAHIM,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-00707 |
| | § | |
| **KILOLO KIJAKAZI,** | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Motion for Attorney's Fees (ECF No. 17), which had been referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On April 4, 2023, Judge Palermo issued the Report and Recommendation on Plaintiff's Motion for Attorney's Fees (Doc. No. 21), recommending that the Motion for Attorney's fees be granted and that Plaintiff be awarded $7,114.51 in attorney's fees. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's motion for attorney's fees.

**IT IS HEREBY ORDERED** that Plaintiff Huda I. is awarded attorney's fees in the amount of $7,114.51.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 8th day of June, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE